## NACHAMIE SPIZZ COHEN & SERCHUK, P.C.

425 PARK AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE: (212) 754-9400
FACSIMILE: (212) 754-6262
E-MAIL: info@nscslaw.com

BARTON NACHAMIE
ALEX SPIZZ
IVAN SERCHUK
PERRY L. COHEN
ROBERT D. TOLZ
ARTHUR GOLDSTEIN
WESLEY CHEN
PAUL RICHARD KARAN
JOSEPH P. CERVINI, JR.
JANICE B. GRUBIN
CRAIG M. NISNEWITZ

VIA GIUSEPPE MAZZINI, 20
20123, MILANO, ITALY

COUNSEL
JILL MAKOWER
SENIOR COUNSEL
STEPHEN D. OESTREICH
OF COUNSEL
CARLO MACCALLINI*

*ADMITTED IN ITALY ONLY

July 15, 2013

Sender's e-mail address:
bnachamie@nscslaw.com

**VIA ELECTRONIC FILING**

Honorable Joseph F. Bianco
United States District Court Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Western Mohegan Tribe and Nation v. Nachamie Spizz
Cohen & Serchuk, P.C./Civil Action No.: 2:13-CV-02254(JFB)

Your Honor:

I write on behalf of Nachamie Spizz Cohen & Serchuk, P.C. and myself in support of the letter request of David Cabaniss dated July 15, 2013 and join in his request that the Court hold the "Motion" therein described in abeyance pending the result of Mr. Graubard's motion to dismiss.

Thank you for your consideration.

Respectfully submitted,

Barton Nachamie

BN:bfg
cc:  David B. Cabiniss, Esq. (Via CM/ECF & Electronic Mail)
     Justin W. Gray, Esq. (Via CM/ECF & Electronic Mail)
     Chief Ron Roberts (via Mail)
     Posr A. Posr (via Mail)

281076v1



LAWYERS ASSOCIATED
WORLDWIDE

MEMBER OF LAWYERS ASSOCIATED WORLDWIDE WITH LAW FIRMS IN OVER 106 JURISDICTIONS