UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
:
WESTERN MOHEGAN TRIBE & NATION,   :
:
          Appellant,   :        ORDER
:        13-CV-2254 (JFB)
          – against –   :        13-CV-3808 (JFB)
:
NACHAMIE SPIZZ COHEN SERCHUK et al.,   :
:
          Appellees.   :
:
----------------------------------------X

JOSEPH F. BIANCO, District Judge:

      On November 18, 2013, the Court issued an order stating that unless a duly licensed attorney made an appearance on appellant Western Mohegan Tribe and Nation of New York's ("Western Mohegan") behalf within twenty-one (21) days—December 9, 2013—the Court would dismiss the *pro se* bankruptcy appeals because Western Mohegan is not represented by a licensed attorney and is not a federally-recognized tribe. No licensed attorney made an appearance on Western Mohegan's behalf by December 9. Therefore, under Case No. 13-CV-2254, the Court grants the motions to dismiss filed by defendants M. David Graubard (Docket No. 3), Finance Department of the County of Ulster (Docket No. 7), Ulster County Department of Finance (Docket No. 19), and Nachamie Spizz Cohen Serchuk (Docket No. 27). Under Case No. 13-CV-3808, the Court grants the motions to dismiss filed by defendants Ulster County Department of Finance (Docket Nos. 4, 5), Nachamie Spizz Cohen Serchuk (Docket No. 8), and M. David Graubard (Docket No. 10).

Accordingly, the bankruptcy appeals are dismissed. The Clerk of the Court shall close these cases.

SO ORDERED.

_____
JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:      December 10, 2013
            Central Islip, NY